1/5/2017

Case # 2:17-CV-07168-JMA-SIL
Assigned to Judge M. Azrack
Referred to: Magistrate Judge Steven I. Locke
Cause 42:2000e Job Discrimination (Employment)

Dear Judge Joan M. Azrack and Magistrate Judge Steven I. Locke, I plan to submit an amended complaint and I would like to hold off on having and complaint served to the defendant. Thank you.

Peta-Gaye T. Gordon
P Gordon

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 05 2018 ★
LONG ISLAND OFFICE

RECEIVED
JAN 05 2018
EDNY PRO SE OFFICE